Date signed October 23, 2006



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| SAMUEL DUNNOCK | * | Case No.   06-16118DK |
| | * | Chapter   13 |
| | * | |
| | * | |
| Debtor(s) | * | |

### NOTICE OF MOTION REQUESTING EXEMPTION FROM REQUIREMENT OF PRE-PETITION CREDIT COUNSELING BY REASON OF INCAPACITY AND DISABILITY

The debtor, by attorney-in-fact, has filed a Motion requesting that the debtor be exempted from the requirement from a pre-petition credit counseling briefing pursuant to 11 U.S.C. § 109(h)(4) for reason of the debtor's incapacity and disability.  The court may grant such exemption from the pre-petition credit counseling requirement, only upon notice and a hearing (where such hearing is necessary).  The court hereby gives notice of the debtor's motion and sets a deadline of November 12, 2006, for the filing of any response by any party-in-interest.  If no response is filed, the court may grant the motion without a hearing.

cc:   Debtor(s)
      Trustee
      U.S. Trustee
      All Creditors

**End of Order**